**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kathy J. Earnest** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9605** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  **7   9/12/19** |
| Case number: | **19–23598–CMB** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kathy J. Earnest | |
| 2. | **All other names used in the last 8 years** | aka Kathy J. Fiebig | |
| 3. | **Address** | 4310 Glencairn Street <br> West Mifflin, PA 15122 | |
| 4. | **Debtor's attorney** <br> Name and address | Kenneth Steidl <br> Steidl & Steinberg <br> Suite 2830 Gulf Tower <br> 707 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–391–8000 <br> Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Robert Shearer <br> 5703 Brewster Lane <br> Erie, PA 16505 | Contact phone 814 504 2613 <br> Email: information@robertshearer.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/11/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 12, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/13/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kathy J. Earnest
aka Kathy J. Fiebig**
   Debtor(s)

Bankruptcy Case No.: 19–23598–CMB
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: October 11, 2019

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

## REMINDER TO COUNSEL

<u>Before filing</u>: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

<u>After filing</u>: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-23598-CMB
Kathy J. Earnest                                                    Chapter 7
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dpas              Page 1 of 2              Date Rcvd: Oct 11, 2019
                               Form ID: 309A           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
```
db              +Kathy J. Earnest,    4310 Glencairn Street,    West Mifflin, PA 15122-2204
aty             +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
                  Philadelphia, PA 19106-1541
aty             +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,   Suite 2200 Gulf Tower,
                  Pittsburgh, PA 15219-1945
15122136        +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15122139        +Bank of NY Mellon Trust & Bank of Americ,    c/o KML Law Group, Suite 5000,
                  BNY Mellon Idependence Center,    701 Market St.,    Philadelphia, PA 19106-1538
15122141        +Bay Area Credit Services,    Attn: Bankruptcy,    4145 Shackleford Road, Suite 330b,
                  Norcross, GA 30093-3541
15122140        +Bay Area Credit Services,    1000 Abernathy Rd,    Atlanta, GA 30328-5606
15122142        +Collection Service Center, Inc.,    Pob 560,    New Kensington, PA 15068-0560
15122149        +Jefferson Hills Surgical Specialists,    1200 Brooks Lane, Suite 170,    Clairton, PA 15025-3759
15122152         PA American Water Company,    P. O. Box 371412,    Pittsburgh, PA 15250-7412
15122154         Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
15122160        +West Mifflin Sanitary Sewer Authority,    1302 Lower Bull Run Road,
                  West Mifflin, PA 15122-2902
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: julie.steidl@steidl-steinberg.com Oct 12 2019 02:46:18     Kenneth Steidl,
                  Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,   Pittsburgh, PA 15219
tr              +EDI: QRSHEARER.COM Oct 12 2019 06:28:00     Robert Shearer,   5703 Brewster Lane,
                  Erie, PA 16505-1109
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2019 02:47:05     Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA 17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 12 2019 02:47:13
                  Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                  Pittsburgh, PA 15222-3721
cr              +E-mail/Text: kburkley@bernsteinlaw.com Oct 12 2019 02:47:45     Duquesne Light Company,
                  c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                  Pittsburgh, PA 15219-1945
15122137         E-mail/Text: ebn@americollect.com Oct 12 2019 02:47:21     Americollect,   1851 S Alverno Road,
                  Manitowoc, WI 54221
15122138         E-mail/Text: ebn@americollect.com Oct 12 2019 02:47:21     Americollect,   Po Box 1566,
                  1851 South Alverno Road,    Manitowoc, WI 54221
15122143        +E-mail/Text: bankruptcy@firstenergycorp.com Oct 12 2019 02:47:18
                  Collection Service Center, Inc.,    Attn: Bankruptcy,    839 5th Ave.,
                  New Kensington, PA 15068-6303
15122144        +E-mail/Text: kburkley@bernsteinlaw.com Oct 12 2019 02:47:44     Duquesne Light Company,
                  411 Seventh Avenue,    Pittsburgh, PA 15219-1942
15122145        +EDI: IIC9.COM Oct 12 2019 06:28:00     I C System Inc,    Po Box 64378,
                  Saint Paul, MN 55164-0378
15122146        +EDI: IIC9.COM Oct 12 2019 06:28:00     I C System Inc,    Attn: Bankruptcy,    Po Box 64378,
                  St Paul, MN 55164-0378
15122148         EDI: IRS.COM Oct 12 2019 06:28:00     Internal Revenue Service,   PO Box 7346,
                  Philadelphia, PA 19101-7346
15122151        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2019 02:50:34
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
15122150        +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 12 2019 02:50:33
                  LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
15122155         EDI: PRA.COM Oct 12 2019 06:23:00     Portfolio Recovery,   120 Corporate Blvd Ste 100,
                  Norfolk, VA 23502
15122157         EDI: PRA.COM Oct 12 2019 06:23:00     Portfolio Recovery,   Attn: Bankruptcy,
                  120 Corporate Blvd,    Norfold, VA 23502
15122153         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2019 02:47:05
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                  Harrisburg, PA 17128-0946
15122159        +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 12 2019 02:47:26
                  State Farm Insurance Company,    100 State Farm Place,    Ballston Spa, NY 12020-3722
                                                                                               TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               THE BANK OF NEW YORK MELLON TRUST COMPANY Et Al...
15122147*       +I.C. System, Inc.,    Po Box 64378,    Saint Paul, MN 55164-0378
15122156*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 100,
                  Norfolk, VA 23502)
15122158*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                  Norfold, VA 23502)
                                                                                              TOTALS: 1, * 3, ## 0
```

```
District/off: 0315-2          User: dpas                    Page 2 of 2                   Date Rcvd: Oct 11, 2019
                              Form ID: 309A                 Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
          James    Warmbrodt     on behalf of Creditor     THE BANK OF NEW YORK MELLON TRUST COMPANY Et Al...
           bkgroup@kmllawgroup.com
          Kenneth   Steidl     on behalf of Debtor Kathy J. Earnest julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Keri P. Ebeck     on behalf of Creditor     Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Robert   Shearer     information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com
                                                                                             TOTAL: 5
```